FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY OSBORN,<br><br>    Plaintiff,<br><br> v.<br><br>HORACE MANN INSURANCE COMPANY,<br><br>    Defendant. | No. 1:23-CV-03090-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 13** |

Before the Court is the parties' Stipulated Order of Dismissal with Prejudice, ECF No. 13. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared. The parties stipulate and agree to dismissal of this case, with prejudice, each party to bear their own attorney's fees and costs. The stipulation is signed by counsel for all parties who have appeared.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Order of Dismissal with Prejudice, **ECF No. 13**, is **GRANTED.**

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is **DISMISSED with prejudice** and without an award of fees or costs.

3. All pending deadlines and hearings are **STRICKEN**.

4. All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** this case.

DATED October 27, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2